EMANUEL DURNHERR, Respondent, *v.* PAULINA STELLMACHER et al., Appellants.

(Argued October 16, 1885 ; decided December 1, 1885.)

*William E. Edmonds* for appellant.

*Smith & Briggs* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.